| | |
|---|---|
| HEATHER E. WILLIAMS, #122664 | |
| Federal Defender | |
| PEGGY SASSO, Bar #228906 | |
| Assistant Federal Defender | |
| Designated Counsel for Service | |
| 2300 Tulare Street, Suite 330 | |
| Fresno, California 93721-2226 | |
| Telephone: (559) 487-5561 | |

Attorney for Defendant
MARTIN ORNELAS-MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-0275 AWI |
| | ) | |
| *Plaintiff,* | ) | STIPULATION RE COMPETENCY TO |
| | ) | STAND TRIAL (18 U.S.C. § 4241(d)); ORDER |
| vs. | ) | |
| | ) | |
| MARTIN ORNELAS-MALDONADO, | ) | |
| | ) | |
| *Defendant.* | ) | DATE: November 4, 2013 |
| | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Anthony W. Ishii |

Based on the psychiatric examination and report of Dr. Claudia Cerda, it appears pursuant to 18 U.S.C. §§ 4241(d) that there is reasonable cause to believe that Mr. Ornelas-Maldonado is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense

Pursuant to 18 U.S.C. § 4241(d)(1), the parties request the court commit the defendant to the custody of the Attorney General. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

At the end of the four month period, the director of the facility will certify that Mr.

Ornelas-Maldonado has attained the capacity to permit the trial to proceed or that his condition has not so improved as to permit the trial to proceed pursuant to 18 U.S.C. § 4241, and the court shall hold a hearing pursuant to the provisions of 18 U.S.C. §4247 (d). All time will be excluded in computing the time within which the trial of Defendant's current offense must commence pursuant to 18 U.S.C. §§ 3161(h)(1)(A) & (h)(4).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 31, 2013       By:   */s/ Mia A. Giacomazzi*
                                    MIA A. GIACOMAZZI
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 31, 2013       By:   */s/ Peggy Sasso*
                                    PEGGY SASSO
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    MARTIN ORNELAS-MALDONADO

**O R D E R**

IT IS SO ORDERED.

Dated: November 1, 2013       _____
                              SENIOR DISTRICT JUDGE